# SEALED

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAAD ALI AWAN,<br>   *aka "Ryan,"*<br><br>        Defendant. | Case No.: _'21 MJ3202_____<br><br>**C O M P L A I N T**<br><br>Title 8, U.S.C., Secs.<br>1324(a)(1)(A)(iv)(v)(I)(II) and (B)(iv)<br>–Conspiracy to Encourage Aliens to<br>Enter Resulting in Death; Title 8,<br>U.S.C., Sec. 1324(a)(2)(B)(ii) –Bringing<br>in Aliens Without Presentation for<br>Financial Gain; and Title 18, U.S.C.,<br>Sec. 2 – Aiding and Abetting |

The undersigned complainant being duly sworn states:

### Count 1

On or about August 9, 2019, within the Southern District of California and elsewhere, defendant SAAD ALI AWAN, did conspire, with others known and unknown, to encourage and induce an alien, namely, Ying Lin, to come to the United States, knowing and in reckless disregard of the fact that such coming to the United States was in violation of the immigration laws of the United States, and resulted in the death of Ying Lin; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv)(v)(I)(II) and (B)(iv).

### Count 2

On or about August 9, 2019, within the Southern District of California and elsewhere, defendant SAAD ALI AWAN, did conspire, with others known and unknown, to encourage and induce an alien, namely, Xueying Lin, to come to the United States, knowing and in reckless disregard of the fact that such coming to the United States was in violation of the immigration laws of the United States, and resulted in the death of Xueying Lin; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) (v)(I)(II) and (B)(iv).

### Count 3

On or about August 9, 2019, within the Southern District of California and elsewhere, defendant SAAD ALI AWAN, did conspire, with others known and unknown, to encourage and induce an alien, namely, B.L., a minor , to come to the United States, knowing and in reckless disregard of the fact that such coming to the United States was

in violation of the immigration laws of the United States, and resulted in the death of B.L., a minor; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) (v)(I)(II) and (B)(iv).

## Count 4

On or about August 9, 2019, within the Southern District of California, defendant SAAD ALI AWAN, knowing and in reckless disregard of the fact that an alien, namely, Ying Lin, had not received prior official authorization to come to, enter and reside in the United States, did bring into the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## Count 5

On or about August 9, 2019, within the Southern District of California, defendant SAAD ALI AWAN, knowing and in reckless disregard of the fact that an alien, namely, Xueying Lin, a minor, had not received prior official authorization to come to, enter and reside in the United States, did bring into the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

## Count 6

On or about August 9, 2019, within the Southern District of California, defendant SAAD ALI AWAN, knowing and in reckless disregard of the fact that an alien, namely, B.L., had not received prior official authorization to come to, enter and reside in the United States, did bring into the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

And the complainant states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

DANIEL L. DUFF, Special Agent
Homeland Security Investigations,
ICE, Department of Homeland Security

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 6th day of August 2021.

LINDA LOPEZ
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

*USA v. AWAN*

I, Special Agent Daniel L. Duff, declare under penalty of perjury, the following is true and correct to the best of my knowledge:

On August 11, 2019, San Diego Police responded to an emergency 911 call reporting a foul odor and dripping blood coming from a suspicious vehicle parked near the 2100 block of Jaime Avenue in San Diego, California.  San Diego Police officers arrived at the location and discovered three deceased Chinese Nationals in the trunk of a 1999, silver BMW 528i bearing Texas license plate number MBF7072 (the "BMW").

Homeland Security database records and video recordings revealed the BMW, which was driven by Neil Edwin Valera (Valera), charged elsewhere, entered the United States from Mexico on August 9, 2019, at the San Ysidro Land Port of Entry at 1514 hours.

On August 29, 2019, Valera was arrested for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (B)(iv), Encouraging Aliens to Enter the United States Resulting in Death, and 1324(a)(2)(B)(ii), Bringing in Aliens Without Inspection for Financial Gain. During Valera's post arrest interview, Valera stated he responded to a Craigslist ad, where a person using a (424) area code offered him $200.00 USD a person to transport people from Tecate, CA, to Los Angeles, CA.

Valera said following his contact with the (424) number, another individual named "Alex" called him from a (619) area code saying he was the "boss" of the smuggling organization and that the individual with the (424) number gave him Valera's number. Valera proceeded to enter into an agreement to smuggle an unknown number of Chinese females into the U.S. locked in the trunk of his BMW for a $6,000.00 payment.

A consent search of Valera's cellphone call log revealed the (619) area code number belonging to "Alex" was (619) XXX-3452. Additionally, an administrative subpoena for Valera's cellphone revealed he had 115 contacts with phone number (424) XXX-5956, and 514 contacts with phone number (619) XXX-3452 from August 8 to August 10, 2019.

Additional subpoenas revealed the (424) XXX-5956 number came back to a "Textme" Voice over Internet Protocol (VOIP) service. The subscriber information listed an account username of "Ryan123345", and saadawan374@gmail.com was listed as the account email address. Call records revealed the (424) XXX-5956 number had numerous corresponding contacts with both Valera and the (619) XXX-3452 number belonging to "Alex" on the August 9, 2019, the day Valera crossed the border with three Chinese nationals locked in the trunk of his silver BMW.

An HSI database search of the saadawan374@gmail.com email address revealed an HSI report, dated August 7, 2019, associating the email address to a Craigslist ad linked to the (424) XXX-5956 number looking for drivers to transport people from Alpine, CA, to the Los Angeles, CA, area for a $200.00 per person payment. The associated IP address associated to the Craigslist resolved to a location near the 3404 Tony Drive address.

National Crime Information Center (NCIC) records revealed a SAAD ALI AWAN (AWAN) DOB: 09/XX/1997 was previously arrested on June 3, 2018, at the San Ysidro POE smuggling three (3) undocumented aliens in the trunk of his vehicle. On January 7, 2019, AWAN was found guilty of Title 18 of the U.S. Code section 3, Accessory After the Fact. AWAN was sentenced to one-year of federal probation. Pursuant to condition set forth by U.S. District Judge John A. Houston, AWAN was instructed not to associate with persons engaging in criminal activity.  During AWAN's supervised release, he crossed in and out of the United States into Mexico twenty-one (21) times.

Further analysis revealed that on August 8, 2019, the day before the smuggling event, the (424) XXX-5956 number contacted Valera utilizing an Internet Protocol address (IP address) associated to the same 3404 Tony Drive, San Diego, CA 92122 location. An online investigative software search revealed an associated cellular phone number, (442) XXX-6534, is linked to AWAN with an address listed as 7852 Camino Huerta, San Diego CA 92122. An Arial map comparison indicated the Camino Huerta and Tony Drive are approximately 350 meters apart from each other.

Homeland Security identified the three deceased Chinese citizens through fingerprints and travel documents as Xueying Lin (Xueying), a female Chinese citizen born in China on March 2, 1981, Bangjie Li (Bangje), a male Chinese citizen born in China on February 19, 2004, and Ying Lin (Ying), a Chinese citizen born in on February 15, 1980. Homeland Security database records revealed no record of Xueying, Bangje, or Ying possessing a valid United States entry visa or having ever made a lawful entry into the United States.

On January 10, 2020, Valera was interviewed a stated that he was initially recruited to smuggle aliens while he was living in Tijuana, Mexico. Valera said he looked for work via the Craigslist advertising website and was contacted by an individual named "Ryan," who offered him $500.00 USD to smuggle $15,000.00 USD into Mexico from the U.S. "Ryan" contacted him using a phone number with a (424) area code. Valera said following his contact with "Ryan", another individual named "Alex" called him from a (619) area code. Valera stated he believed that "Ryan" gave his cellphone number to "Alex", because VALERA said "Alex" told him he was in charge of the smuggling organization. Valera said

he agreed to the smuggling arrangement with "Alex," and made plans to cross into the U.S. from Mexico on August 8, 2019 at the Otay Mesa POE.

Valera said when he crossed the border on August 8th, he drove to the Pilot gas station to get fuel and use the restroom. Valera said that while he was at the Pilot gas station, "Ryan" instructed him to go pickup people from the Tecate, CA POE area, and take them to the Los Angeles area. Valera said that "Ryan" offered him $200.00 USD for each person he picked up in his car from the Tecate area.

A review of similar alien smuggling cases in the Southern District of California revealed that on September 20, 2019, Ari Zephyr Flores (Flores) was arrested near Campo, CA, for transporting 3 undocumented Mexican citizens in the trunk of his vehicle. During his post arrest interview, Flores stated he became friends with a person named "Ryan" who offered him a job smuggling people through U.S. Border Patrol Checkpoints for a fee of $700.00 per person.

On, January 23, 2020, Homeland Security Agents interviewed Flores at his home. During the Interview, Flores provided agents with a contact number for "Ryan" (442) XXX-6534 and identified "Ryan" as AWAN in a 6-person photographic lineup. Additionally, Flores was able to confirm AWAN's address as 7852 Camino Huerta, San Diego CA 92122.

Further case reviews revealed that on January 23, 2020, Francis William Turskey (Turskey) was detained near Campo, CA, on suspicion he was engaged in illegal smuggling activity. During his interview, Turskey stated he answered a craigslist ad posted by a person named "Ryan" who offered him a job smuggling people through U.S. Border Patrol Checkpoints for a fee of $300.00 per person. Turskey agreed to meet with "Ryan" at a McDonalds, located at 4260 Nobel Dr. San Diego, CA. This location is a ½ mile walking distance from AWAN's residence at 7852 Camino Huerta.

On, February 11, 2020, Homeland Security Agents interviewed Turskey at the San Diego Federal Building. During the Interview, Turskey provided agents with a contact number for "Ryan" (619) XXX-7701 and identified "Ryan" as AWAN in a 6-person photographic lineup. Additionally, Turskey provided agents with copies of printed email conversations he had with AWAN discussing the proposed alien smuggling venture.

On July 11, 2020, Jaime Alessandro Espinoza-Garcia (Espinoza-Garcia) was arrested at the San Ysidro, CA Port of Entry for smuggling 2 undocumented Mexican citizens in the trunk of his vehicle. During his post arrest interview, Espinoza-Garcia stated he posted an announcement on Craigslist looking for work such as cleaning, washing cars. Espinoza-Garcia stated he received a call from a person who offered him a job smuggling people

into the United States for a fee of $1,500.00 per person. Espinoza-Garcia stated that he agreed to the terms of the arrangement and met the individual who hired him in La Jolla, CA. He then drove with him into Tijuana to pick up the people.

A photographic review of Espinoza-Garcia's border crossings revealed that on the day and evening prior to his arrest, he crossed into Mexico with a male individual, matching SAAD ALI AWAN, riding in the passenger seat of his 2006 Honda Accord. Additionally, on the morning of ESPINOZA-Garcia's arrest, SAAD ALI AWAN crossed into the U.S at the San Ysidro pedestrian POE within an hour of Espinoza-Garcia's crossing.

A collaborative investigation into AWAN's cross border activities revealed both his (424) XXX-5956 and his (442) XXX-6534 phone numbers were associated to at least fourteen (14) alien smuggling interdictions that occurred within the Southern District of California from July 4, 2019, to July 11, 2020.

Based on the foregoing facts, I believe there is probable cause to believe that on August 9, 2019, SAAD ALI AWAN knowingly and unlawfully with disregard to safety, conspired to encourage Xueying Lin, Bangjie Li, and Ying Lin to enter the United States from Mexico for financial gain, resulting in their death within the Southern District of California, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv), 1324(a)(1)(B)(iv), and 1324(a)(2)(B)(ii).